HONORABLE ROBERT S LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN BAKER,<br><br>Plaintiff,<br><br>v.<br><br>QUINTON 83D MALL L.L.C., a Washington limited liability company,<br><br>Defendant. | No. 2:18-cv-01490<br><br>**ORDER OF DISMISSAL** |

Based on the Stipulation of the Parties, IT IS HEREBY ORDERED that;

The above-entitled action is dismissed in its entirety with prejudice and without costs, fees, or interest to any party.

DONE IN OPEN COURT this 9th day of November, 2018.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1
No. 2:18-CV-0490

WASHINGTON CIVIL & DISABILITY
ADVOCATE
3513 NE 45th St, Suite G
Seattle, WA 98105